NUMBER 13-02-462-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

________________________________________________________________

 

CELTIC LEASING CORP.,             Appellant,

 

                                                   v.

 

STRONG
HOLD MASONRY, INC., 

A CORPORATION, ET AL.,                                                    Appellees.

________________________________________________________________

 

                        On appeal from the 139th  District Court

                                  of Hidalgo County, Texas.

_______________________________________________________________

 

                                   O P I N I O N

 

                     Before Justices
Dorsey, Rodriguez, and Castillo

Opinion
Per Curiam

 








Appellant, CELTIC
LEASING CORP., perfected an appeal from a judgment entered by the 139th District Court of Hidalgo County, Texas, in
cause number C-682-02-C. 
After the record was filed, appellant filed a motion for non-suit of
appeal.  In the motion, appellant states
that it no longer wishes to prosecute this appeal.  Appellant requests that this Court dismiss
the appeal.

The Court, having
considered the documents on file and appellant=s motion for non-suit of appeal, is of the
opinion that the motion should be granted. 
Appellant=s motion for non-suit
of appeal is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 14th
day of November, 2002.